FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

03 OCT 27 AM 9: 56
CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

TERRENCE M. COX,

        Plaintiff(s),

vs.

CASE NO. 6:03-CV-1539-ORL-31DAB

UNIFIRST CORPORATION, a
Foreign Corporation,

        Defendant(s).
_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, TERRENCE M. COX, (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel and sues the Defendants, UNIFIRST CORPORATION, a Foreign Corporation (hereinafter referred to collectively as the "Defendants"), and states as follows:

### INTRODUCTION

1.     This is an action by Plaintiff against his former employer for unpaid overtime wages, pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages and a reasonable attorney's fee.

### JURISDICTION

2.     This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the claims pursuant to 29 U.S.C. Section 216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in, Titusville, Brevard County, Florida.

## THE PARTIES

4. Plaintiff was at all time material, employed by Defendant, UNIFIRST CORPORATION, as a maintenance supervisor, at its business located in Titusville, Brevard County, Florida.

5. The Defendant, UNIFIRST CORPORATION, is a Foreign corporation that operates a business that rents and maintains uniforms and is based in Titusville, Florida. Defendant, UNIFIRST CORPORATION, is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facility where Plaintiff was employed.

6. Plaintiff was/is an employee of UNIFIRST CORPORATION, a Foreign Corporation and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a), 297(a)(1) and 212(c). Alternatively, Defendant, UNIFIRST CORPORATION, a Foreign Corporation is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

7. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 8, above.

8. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount as liquidated damages;

(c) A reasonable attorney's fee and costs; and,

(d) Such other relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: 10/24/03

Respectfully submitted,

K. E. PANTAS, Esquire
Florida Bar No.: 0978124
PANTAS LAW FIRM, P.A.
1720 Orange Avenue, Suite 302
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff